ENGEL *v.* GILDNER.

EASEMENTS—JOINT DRIVEWAY—PRESCRIPTION.
  In suit to restrain defendants' use of joint driveway, decree in
    their favor setting forth limits of easement in driveway ac-
    quired by prescription, *held,* supported by evidence.

Appeal from Kent; Perkins (Willis B.), J. Submitted April 16, 1931. (Docket No. 128, Calendar No. 35,598.) Decided June 1, 1931.

Bill by George Engel and another to restrain Eva Gildner and others from using a joint driveway. From a decree for defendants, setting forth limits of easement in driveway, plaintiffs appeal. Affirmed.

*Emil B. Gansser,* for plaintiffs.

*Linsey, Shivel & Phelps* and *John H. Vander Wal,* for defendants.

POTTER, J. This case was once before this court and it was held defendants were entitled to a prescriptive easement in the driveway in question to a point to be determined by the circuit judge. *Engel v. Gildner,* 248 Mich. 95. The circuit judge, after the case was remanded, and after hearing the testimony adduced by the respective parties, made a final decree which we think is supported by the evidence, and which is affirmed, with costs.

BUTZEL, C. J., and WIEST, CLARK, McDONALD, SHARPE, NORTH, and FEAD, JJ., concurred.